UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES BOYER,

   Plaintiff,

                                              CASE NO.: 6:18-cv-01676-PGB-DCI

-vs-

OCWEN LOAN SERVICING, LLC,

   Defendant.

_____/

## NOTICE OF SETTLEMENT PENDING

Plaintiff, JAMES BOYER, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Aliza Malouf, Esquire, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202 (amalouf@HuntonAK.com). via the Court's CM/ECF on this 20th day of December, 2019.

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile: (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  amccarthy@forthepeople.com
                                                  *Counsel for Plaintiff*